## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ALFA TV INC., HAITHAM MANSI | ) | |
| a/k/a Haitham al-Heti, HISHAM MANSE | ) | |
| IBRAHEM, NEZAR SAEED HAMMO, | ) | |
| and MOHAMMED ABU OUN, | ) | |
| individually and together d/b/a ElafnetTV, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### EXHIBIT NO. 1 TO COMPLAINT

Copyrighted works that aired on the Protected Channels and are registered or have registrations pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration (Pending) |
|---|---|---|---|---|
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Dunya Kamran Khan Kay Sath, 9/14/2018 | September 14, 2018 | Dunya TV | PA0002158114 | December 3, 2018 |
| Hasb-E-Haal, 9/13/2018 | September 13, 2018 | Dunya TV | PA0002158099 | November 30, 2018 |
| Tonight with Moeed Pirzada, Ep. # 430 | September 14, 2018 | Dunya TV | PA0002158126 | November 30, 2018 |

| | | | | |
|---|---|---|---|---|
| Aaj Shahzeb Khanzada Kay Saath, 7/31/2018 | July 31, 2018 | Geo News | PA0002149176 | September 21, 2018 |
| Apas Ki Baat, 7/31/2018 | July 31, 2018 | Geo News | PA0002149165 | September 21, 2018 |
| Capital Talk, 8/1/2018 | August 1, 2018 | Geo News | PA0002149169 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 31 | July 31, 2018 | Hum TV / Hum World | PA0002149091 | September 21, 2018 |
| Aik Larki Aam Si, Ep. # 32 | August 1, 2018 | Hum TV / Hum World | PA0002149081 | September 21, 2018 |
| Band Khirkiyan, Ep. # 2 | July 27, 2018 | Hum TV / Hum World | PA0002149161 | September 21, 2018 |
| Band Khirkiyan, Ep. # 8 | September 14, 2018 | Hum TV / Hum World | PA0002154545 | November 6, 2018 |
| Ishq Tamsha, Ep. # 21 | July 29, 2018 | Hum TV / Hum World | PA0002149076 | September 21, 2018 |
| Jago Pakistan Jago, 7/31/2018 | July 31, 2018 | Hum TV / Hum World | PA0002149159 | September 21, 2018 |
| Kaisi Aurat Moon Main, Ep. # 14 | August 1, 2018 | Hum TV / Hum World | PA0002149294 | September 21, 2018 |
| Maa Sadqey, Ep. # 137 | August 1, 2018 | Hum TV / Hum World | PA0002149243 | September 21, 2018 |
| Main Khayal Hoon Kisi Aur Ka, Ep. # 6 | July 28, 2018 | Hum TV / Hum World | PA0002149312 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 13 | July 31, 2018 | Hum TV / Hum World | PA0002149190 | September 21, 2018 |
| Mein Har Nahin Manongi, Ep. # 28 | September 25, 2018 | Hum TV / Hum World | PA0002154586 | November 6, 2018 |
| Tabeer, Ep. # 24 | August 1, 2018 | Hum TV / Hum World | PA0002149272 | September 21, 2018 |
| Ustani Jee, Ep. # 15 | July 28, 2018 | Hum TV / Hum World | PA0002149303 | September 21, 2018 |
| Zun Mureed, Ep. # 22 | July 27, 2018 | Hum TV / Hum World | PA0002149199 | September 21, 2018 |
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week), Ep. #45 | July 10, 2020 | MBC1 | PA0002249932 | July 24, 2020 |

| | | | | |
|---|---|---|---|---|
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week) Ep. #50 | July 25, 2020 | MBC1 | | (September 29, 2020) |
| Sabah Al kher ya Arab (2020) Episode #: 125 | July 26, 2020 | MBC1 | | (September 29, 2020) |
| Sabah Al kher ya Arab (2020) Episode #: 126 | July 27, 2020 | MBC1 | | (September 29, 2020) |
| Sabah Al kher ya Arab, Ep. #95 | June 14, 2020 | MBC1 | | (July 24, 2020) |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
| Sada Al Mala'eb (2019), Ep. #454 | March 22, 2019 | MBC1 | PA0002187986 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |
| Yahdoth Fi Masr (2020) Episode #: 87 | July 28, 2020 | MBC Masr | | (September 29, 2020) |
| Yahdoth Fi Masr (2020) Episode #: 88 | July 29, 2020 | MBC Masr | | (September 29, 2020) |
| Al Hekaya Ma' Amr Adib (2020) Episode #: 114 | July 25, 2020 | MBC Masr | | (September 29, 2020) |
| Al Hekaya Ma' Amr Adib (2020) Episode #: 115 | July 26, 2020 | MBC Masr | | (September 29, 2020) |
| Tasali Ahla Alam (2020) Episode #: 119 | July 27, 2020 | MBC Kids / MBC 3 | | (September 29, 2020) |
| Tasali Ahla Alam (2020) Episode #: 120 | July 28, 2020 | MBC Kids / MBC 3 | | (September 29, 2020) |

| | | | | |
|---|---|---|---|---|
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #60 | March 25, 2019 | MBC Kids / MBC3 | PA0002188002 | May 29, 2019 |
| Tasali Ahla Alam (2020), Ep. #104 | July 6, 2020 | MBC Kids / MBC3 | PA0002252710 | July 24, 2020 |
| Yahdoth fe Masr (2019), Ep. #36 | March 21, 2019 | MBC Masr | PA0002187990 | May 29, 2019 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #92 | June 15, 2020 | MBC Masr | | (July 24, 2020) |
| Yahdoth Fi Masr (2020), Ep. #69 | June 16, 2020 | MBC Masr | | (July 24, 2020) |
| Yahdoth Fi Masr (2020), Ep. #70 | June 17, 2020 | MBC Masr | | (July 24, 2020) |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #99 | January 1, 2019 | SAB | PA0002173211 | February 19, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #123 | February 4, 2019 | SAB | PA0002173206 | February 20, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #30 | October 1, 2018 | SAB | PA0002164508 | December 11, 2018 |
| Super Sisters – Meet The Sisters, Ep. #41 | October 1, 2018 | SAB | PA0002164513 | December 11, 2018 |
| Band Baja Band Darwaja, Ep. #3 | February 2, 2019 | SAB | PA0002183065 | March 19, 2019 |
| Band Baja Band Darwaja, Ep. #12 | March 3, 2019 | SAB | PA0002183062 | March 21, 2019 |
| Beechwale Bapu Dekh Raha Hai, Ep. #1 | October 2, 2018 | SAB | PA0002164509 | December 11, 2018 |
| Bhakharwadi, Ep. #36 | April 1, 2019 | SAB | PA0002190221 | April 16, 2019 |

| Bhakharwadi, Ep. #16 | March 4, 2019 | SAB | PA0002183077 | March 21, 2019 |
|---|---|---|---|---|
| Beechwale Bapu Dekh Raha Hai, Ep. #69 | January 1, 2019 | SAB | PA0002183073 | March 19, 2019 |
| Jijaji Chhat Par Hai, Ep. #238 | December 3, 2018 | SAB | PA0002171618 | February 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #259 | January 1, 2019 | SAB | PA0002173231 | February 20, 2019 |
| Jijaji Chhat Par Hai, Ep. #323 | April 1, 2019 | SAB | PA0002190750 | April 16, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #163 | April 1, 2019 | SAB | PA0002190212 | April 16, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #143 | March 4, 2019 | SAB | PA0002183058 | March 21, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2679 | March 4, 2019 | SAB | PA0002183103 | March 21, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2701 | April 3, 2019 | SAB | PA0002190380 | April 16, 2019 |
| Mangalam Dangalam, Ep. #15 | December 3, 2018 | SAB | PA0002171620 | February 13, 2019 |
| Mangalam Dangalam, Ep. #37 | January 2, 2019 | SAB | PA0002173245 | February 20, 2019 |
| Mangalam Dangalam, Ep. #60 | February 4, 2019 | SAB | PA0002173258 | February 20, 2019 |
| My Name Ijj Lakhan, Ep. #3 | February 3, 2019 | SAB | PA0002173264 | February 20, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2566 | October 1, 2018 | SAB | PA0002164514 | December 11, 2018 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2614 | December 3, 2018 | SAB | PA0002173283 | February 19, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2636 | January 2, 2019 | SAB | PA0002183100 | March 19, 2019 |

| Tenali Rama, Ep. #322 | October 1, 2018 | SAB | PA0002164515 | December 11, 2018 |
|---|---|---|---|---|
| Tenali Rama, Ep. #370 | December 3, 2018 | SAB | PA0002173288 | February 19, 2019 |
| Tenali Rama, Ep. #415 | February 4, 2019 | SAB | PA0002179720 | February 21, 2019 |
| Tenali Rama, Ep. #435 | March 4, 2019 | SAB | PA0002183108 | March 21, 2019 |
| Tenali Rama, Ep. #456 | April 2, 2019 | SAB | PA0002190375 | April 16, 2019 |
| Kaun Banega Crorepati, Season 10, Ep. #23 | October 3, 2018 | Sony SET | PA0002164510 | December 11, 2018 |
| Main Maayke Chali Jaaungi Tum Dekhte Rahiyo, Ep. #17 | October 3, 2018 | Sony SET | PA0002164511 | December 11, 2018 |
| Chandragupt Maurya, Ep. #16 | December 5, 2018 | Sony SET | PA0002172526 | February 13, 2019 |
| Chandragupt Maurya, Ep. #36 | January 2, 2019 | Sony SET | PA0002173219 | February 20, 2019 |
| Chandragupt Maurya, Ep. #59 | February 4, 2019 | Sony SET | PA0002173226 | February 20, 2019 |
| Chandragupt Maurya, Ep. #79 | March 3, 2019 | Sony SET | PA0002183080 | March 21, 2019 |
| Indian Idol Season 10, Ep. #44 | December 2, 2018 | Sony SET | PA0002171617 | February 13, 2019 |
| The Kapil Sharma Show Season 2, Ep. #12 | February 3, 2019 | Sony SET | PA0002173292 | February 20, 2019 |
| The Kapil Sharma Show, Ep. #20 | March 3, 2019 | Sony SET | PA0002183114 | March 21, 2019 |
| The Kapil Sharma Show, Ep. #30 | April 7, 2019 | Sony SET | PA0002190748 | April 16, 2019 |
| Ladies Special, Ep. #7 | December 5, 2018 | Sony SET | PA0002171619 | February 13, 2019 |
| Ladies Special, Ep. #27 | January 2, 2019 | Sony SET | PA0002173234 | February 20, 2019 |
| Ladies Special Ep. #50 | February 4, 2019 | Sony SET | PA0002173236 | February 20, 2019 |

| Ladies Special Ep. #70 | March 4, 2019 | Sony SET | PA0002183088 | March 21, 2019 |
|---|---|---|---|---|
| Ladies Special Ep. #96 | April 9, 2019 | Sony SET | PA0002187589 | April 16, 2019 |
| Patiala Babes, Ep. #7 | December 5, 2018 | Sony SET | PA0002172530 | February 13, 2019 |
| Patiala Babes, Ep. #27 | January 2, 2019 | Sony SET | PA0002173267 | February 20, 2019 |
| Patiala Babes, Ep. #50 | February 4, 2019 | Sony SET | PA0002173273 | February 20, 2019 |
| Patiala Babes, Ep. #70 | March 4, 2019 | Sony SET | PA0002183092 | March 21, 2019 |
| Patiala Babes, Ep. #96 | April 9, 2019 | Sony SET | PA0002190743 | April 16, 2019 |
| Super Dancer Chapter 3, Ep. #12 | February 4, 2019 | Sony SET | PA0002173279 | February 20, 2019 |
| Super Dancer Chapter 3, Ep. #20 | March 3, 2019 | Sony SET | PA0002183099 | March 21, 2019 |
| Super Dancer Chapter 3, Ep. #30 | April 7, 2019 | Sony SET | PA0002190741 | April 16, 2019 |
| Vighnaharta Ganesh, Ep. #337 | December 5, 2018 | Sony SET | PA0002173294 | February 19, 2019 |
| Yeh Un Dino Ki Baat Hai, Ep. #335 | January 2, 2019 | Sony SET | PA0002173295 | February 20, 2019 |
| Main Maayke Chali Jaaungi Tum Dekhte Rahiyo, Ep. #150 | April 9, 2019 | Sony SET | PA0002190378 | April 16, 2019 |
| Porus, Ep. #223 | October 3, 2018 | Sony SET | PA0002164512 | December 11, 2018 |
| Vighnaharta Ganesh, Ep. #292 | October 3, 2018 | Sony SET | PA0002164516 | December 11, 2018 |
| Yeh Un Dino Ki Baat Hai, Ep. #279 | October 3, 2018 | Sony SET | PA0002164517 | December 11, 2018 |
| Main Maayke Chali Jaaungi Tum Dekhte Rahiyo, Ep. #83 | January 3, 2019 | Sony SET | PA0002173240 | February 20, 2019 |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

**EXHIBIT NO. 2 TO COMPLAINT**

Examples of copyrighted works that aired on the Protected Channels and do not have registrations with the United States Copyright Office:

| Title of Work | Protected Channel |
|---|---|
| Aaj Tak News | Aaj Tak |
| El Hayah el Yom | Al Hayah 1 |
| Film Clip | ART Cima |
| ATN Business & Finance | ATN Bangla |
| ATN Rannaghor | ATN Bangla |
| Chotoder Prithibi | ATN Bangla |
| Onno Drishti | ATN Bangla |
| Progga Paromita | ATN Bangla |
| News Hour | ATN News |
| Aawaaz De Kahan Hai | B4U Music |
| Bajao | B4U Music |
| Bollywood Bang Bang | B4U Music |
| Boom Box | B4U Music |
| Solid Hits | B4U Music |

| | |
|---|---|
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Mahaz | Dunya TV |
| Nuqta e Nazar | Dunya TV |
| Hasb-E-Haal | Dunya TV |
| Mazaaq Raat | Dunya TV |
| Voice of Dunya | Dunya TV |
| Satrungi – Rung Rahi Hai Zindagi | Express Entertainment |
| News Hour | Express News |
| Interviews | Future TV |
| Aaj Shazaib Khanzada Kay Saath | Geo News |
| Capital Talk | Geo News |
| Jirga | Geo News |
| Khabarnak | Geo News |
| Meray Mutabiq | Geo News |
| Naya Pakistan | Geo News |
| Report Card | Geo News |
| Adhoora Bandhan | Geo TV |
| Aik Thi Rania | Geo TV |
| Alif | Geo TV |
| Bedardi Saiyaan | Geo TV |
| Bharosa Piyar Tera | Geo TV |
| Dar Khuda Se | Geo TV |
| Deewangi | Geo TV |
| Dolly Darling | Geo TV |
| Ghar Titli Ka Par | Geo TV |
| Ghutan | Geo TV |
| Hari Hari Churian | Geo TV |
| Hina Ki Kushboo | Geo TV |
| Kahin Deep Jalay | Geo TV |
| Khaani | Geo TV |
| Khan | Geo TV |
| Khoob Seerat | Geo TV |

| | |
|---|---|
| Makafat | Geo TV |
| Malkin | Geo TV |
| Meher Posh | Geo TV |
| Mera Haq | Geo TV |
| Meray Mohsin | Geo TV |
| Mohabbat Na Kariyo | Geo TV |
| Munafiq | Geo TV |
| Muqaddar | Geo TV |
| Noor-e-Zindagi | Geo TV |
| Raaz-e-Ulfat | Geo TV |
| Ramz-e-Ishq | Geo TV |
| Rani | Geo TV |
| Sharukh Ki Saaliyan | Geo TV |
| Shayad | Geo TV |
| Silsilay | Geo TV |
| Tu Mera Junoon | Geo TV |
| Umm-e-Haniya | Geo TV |
| Zamani Manzil Kay Maskharay | Geo TV |
| Grimat Shaghaf | Hekayat |
| Flame on Hai | Hum Masala |
| Chaska Pakanay Ka | Hum Masala |
| Chef Hunt | Hum Masala |
| Dais Pardes Ke Khanay | Hum Masala |
| Easy Cooking | Hum Masala |
| Evening with Shireen | Hum Masala |
| Food Diaries | Hum Masala |
| Food Fantasy | Hum Masala |
| Hum Mart | Hum Masala |
| Hum Masala Cooking Show | Hum Masala |
| Kha Mere Manwa | Hum Masala |
| Lazzat | Hum Masala |
| Lively Weekends | Hum Masala |
| Masala Cooking Classes | Hum Masala |
| Masala Family Festival | Hum Masala |

3

| | |
|---|---|
| Masala Magazine | Hum Masala |
| Masala Morning | Hum Masala |
| Mehboob's Kitchen | Hum Masala |
| Parwaz Hai Junoon | Hum Masala |
| Ramzan Around the World | Hum Masala |
| Riwayati Mithaiyan | Hum Masala |
| South Asian Cuisine | Hum Masala |
| Tarka | Hum Masala |
| Wonderful Indonesia | Hum Masala |
| 100 Din Ki Kahani | Hum Sitaray |
| Aasi | Hum Sitaray |
| Apne Bane Paraye | Hum Sitaray |
| Babul Ki Sahaliyan | Hum Sitaray |
| Bunty I Love You | Hum Sitaray |
| Digest Writer | Hum Sitaray |
| Dil Ka Darwaza | Hum Sitaray |
| Dil Main Baji Ghanti | Hum Sitaray |
| Dildarian | Hum Sitaray |
| Haya Kay Daman Main | Hum Sitaray |
| Hum Kay Tehray Ajnabi | Hum Sitaray |
| Jahan Ara Begum | Hum Sitaray |
| Kya Kahain Tujsay | Hum Sitaray |
| Larkian Muhalle Ki | Hum Sitaray |
| Main Bikhar Gayi | Hum Sitaray |
| Majboori | Hum Sitaray |
| Matae Jaan Hai Tuu | Hum Sitaray |
| Mujhe Sandal Kardo | Hum Sitaray |
| Neelum Kinaray | Hum Sitaray |
| Newsline | Hum Sitaray |
| Pakiza (Pakeeza) | Hum Sitaray |
| Sayaye Deewar | Hum Sitaray |
| Surkh Jora | Hum Sitaray |
| Tanhai | Hum Sitaray |
| Yeh Raha Dil | Hum Sitaray |

| | |
|---|---|
| Zameen Pe Chand | Hum Sitaray |
| Zindagi Tujh Ko Jiya | Hum Sitaray |
| Dil Ruba | Hum TV / Hum World |
| Kashf | Hum TV / Hum World |
| Mehboob Apke Qadmon Mein | Hum TV / Hum World |
| Pyar Ke Sadqay | Hum TV / Hum World |
| Rabba Mainu Maaf Kareen | Hum TV / Hum World |
| Sabaat | Hum TV / Hum World |
| Tarap | Hum TV / Hum World |
| Wafa Kar Chalay | Hum TV / Hum World |
| Ye Dil Mera | Hum TV / Hum World |
| Arabwood | LBC |
| Lahon w Bass | LBCI / LDC |
| Take Me Out | LBCI / LDC |
| Thawani | LBCI / LDC |
| Aahd Aldam | MBC1 |
| Al Meerath | MBC1 |
| Aldeeva | MBC1 |
| Aldheeb Fel Gleeb | MBC1 |
| Amr Ikhla'a | MBC1 |
| Doumouaa Farah | MBC1 |
| Driven | MBC1 |
| Etr Al Rouh | MBC1 |
| Fee Kol Osbouaa Yawm Jomoaa | MBC1 |
| Hamsa | MBC1 |
| Hit Al Mawsim | MBC1 |
| Kan Fi Kol Zaman | MBC1 |
| Laffet Al Mamlakah | MBC1 |

5

| | |
|---|---|
| Ma Fiyi | MBC1 |
| Mamlakat Eblees | MBC1 |
| Mumg | MBC1 |
| Om Algalayed | MBC1 |
| Ostaz Wa Ra'ees Qesm | MBC1 |
| Rayah Al Madam | MBC1 |
| Rehla Lel Jaheem | MBC1 |
| Takhareef | MBC1 |
| Top Chef | MBC1 |
| Waleedee Al Aziz | MBC1 |
| Abu Al Banat | MBC Drama |
| Banat Al Shams | MBC Drama |
| Saherat Al Janoub | MBC Drama |
| I-Tech | MBC Kids / MBC3 |
| Sawa Fe | MBC Kids / MBC3 |
| Telescope | MBC Kids / MBC3 |
| Alloaaba | MBC Masr |
| Barnamej al Heekaya | MBC Masr |
| El Haram | Melody Classic |
| Apnar Jiggasha | NTV Bangla |
| Chayer Adda | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran Shikhar Asor | NTV Bangla |
| Family Pack | NTV Bangla |
| Frankly Speaking | NTV Bangla |
| Glamour World | NTV Bangla |

| | |
|---|---|
| Golpogulo Amader | NTV Bangla |
| Johhon Kokhono | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |
| Rater Khabor | NTV Bangla |
| Rongin Pata | NTV Bangla |
| Scitech Watch | NTV Bangla |
| Shashtho Protidin | NTV Bangla |
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Shuvo Shondha | NTV Bangla |
| Styles and Trends | NTV Bangla |
| Tel Plastics Rannaghor | NTV Bangla |
| Tifiner Fakey | NTV Bangla |
| Tera Kya Hoga Alia | SAB |
| Maddam Sir – Kuch Baat Hai Kyunki Jazbaat Hai | SAB |
| Beyhadh | SET / Sony SET |
| Chandragupta Maurya | SET / Sony SET |
| Crime Patrol | SET / Sony SET |
| Indian Idol | SET / Sony SET |
| India's Best Dancer | SET / Sony SET |
| Ishaaron Ishaaron Mein | SET / Sony SET |
| Kapil Sharma Show | SET / Sony SET |
| Kaun Banega Crorepati | SET / Sony SET |
| Ladies Special | SET / Sony SET |
| Mere Dad Ki Dulhan | SET / Sony SET |
| Mere Sai | SET / Sony SET |

7

| | |
|---|---|
| Mil Jate Hain Jo Bane Ek Duje Ke Vaaste | SET / Sony SET |
| Patiala Babes | SET / Sony SET |
| Superstar Singer | SET / Sony SET |
| Tara From Satara | SET / Sony SET |
| Vighnaharta Ganesh | SET / Sony SET |
| Yeh Un Dinon Ki Baat Hai | SET / Sony SET |
| Extraa Shots Special | SET MAX |
| Ladies Vs Ricky Bahl | SET MAX |
| Celebrity Talk Show | Zee Aflam |
| Gimme Chocolate | Zee Aflam |
| Qubool | Zee Alwan |
| Haramlek | Zee Alwan |
| Forsa Akhira | Zee Alwan |
| Psycho | Zee Alwan |