# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DISH NETWORK L.L.C.,**

          **Plaintiff,**

**v.**                                                 **Case No:   6:20-cv-1896-Orl-40DCI**

**ALFA TV, INC., HAITHAM MANSI,
HISHAM MANSE IBRAHEM, NEZAR
SAEED HAMMO and MOHAMMED
ABU OUN,**

          **Defendants.**

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X__   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: October 29, 2020.

s/ James A. Boatman, Jr.
Florida Bar No. 0130184
BOATMAN RICCI PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatman-law.com

Counsel for Plaintiffs