# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

| | |
|---|---|
| Dish Network LLC., <br> *Plaintiff,* <br> -Against- <br> Alfa TV Inc., Haitham Mansi, <br> Hisham Manse Ibrahem, Nezar Saeed Hammo, <br> and Mohammed Abu Oun, <br> D/B/A Elafnet TV, <br> *Defendants.* | Civil Action No. 6:20 cv – 1896-ORL- 40DCI <br><br> **REQUEST FOR EXTENDING THE TIME ALLOCATED TO FILE AN ANSWER** |

FILED 2020 NOV -6 AM 10: 27

**Dear sir or Madam,**
The clerk of the court of the United States District court for the middle District of Florida,

Greetings,

My name is Hisham Manse Ibrahem, I am a co-defendant in the above captioned matter, and have received the summons in the matter just few days ago. I am submitting this request to seek an extension of the time that is allocated for me to file an answer to the summons and the attached complaints. <u>Attached, please find a copy of the Summons and complaints attached as Exhibit 1.</u>

The summons stated that under Fed. R. Civ.P.12(a)(2) or (3) " You must serve on the Plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedures.

This matter was filed against me and Haitham Mansi, who was the vice president of the corporate defendant Alfa TV Inc, however, he stopped working since 2018 and have not had any role in the corporate defendant due to his health condition. In fact, this individual does not even

1

live in the United States of America and he currently resides in the country of Jordan.

Moreover, the co-defendant Mr. Nezar Saeed Hammo, worked as an employee of the corporate defendant and have no ownership interest in the corporate defendant, and had never have any managerial capacity or making decision on behalf of the corporate defendant.

Furthermore, Mohammed Abu Oun is the general manager of the corporate defendant and he currently resides in Jordan.

Two of the co- defendants Mr. Abu Oun and Mr. Haitham Mansi are currently and physically in the country of Jordan and not in the United States and both do not have any ownership interests in the corporate defendant.

The forgoing action is seeking a permanent injunctive relief under U.S.C. § 502 and putting forth an intensive complaints with broad factual background which needs all the parties to be present in the U.S. and represented by attorney who are skilled and trained to prepare answers and or counterclaims.

The attendance of the above-mentioned individuals to the U.S is very difficult under the circumstances that the world is going through due to the Covid-19 virus, the complicated travel procedures and the necessity for them to obtain travel visas to the U.S.

Therefore, I kindly request that you extend the time allocated for myself and the other defendants till the end of January 2021 to allow the defendants time to apply for visas, hire a lawyers, prepare answers and file it with the court.

Should you have any questions or concerns, please do not hesitate to contact me on the following contact information.

**Hisham Manse Ibrahem**
1751 Malon Bay Dr.
Orlando, FL 32828

10/6/2020