# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No: 6:20-cv-1896-PGB-DCI |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ALFA TV INC., HAITHAM MANSI ) | |
| a/k/a Haitham al-Heti, HISHAM MANSE ) | |
| IBRAHEM, NEZAR SAEED HAMMO, ) | |
| and MOHAMMED ABU OUN a/k/a ) | |
| Mohammad Abuoun, individually and ) | |
| together d/b/a ElafnetTV, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATED MOTION FOR EXTENSION OF TIME
## FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

Plaintiff DISH Network L.L.C. ("Plaintiff") and Defendants ALFA TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo ("Defendants"), by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, stipulate and move the Court for an order to extend the time for Defendants to file an answer or otherwise plead.

The parties stipulate to the following:

1. Plaintiff filed its Complaint for Damages and Injunctive Relief on October 14, 2020.

2. The time for filing a responsive pleading has not expired.

3. Nezar Saeed Hammo was properly served on October 22, 2020 and his deadline to file a responsive pleading pursuant to Fed. R. Civ. P. 12(a) is November 12, 2020.

4. ALFA TV Inc. and Hisham Manse Ibrahem were properly served on October 31, 2020 and their deadline to file a responsive pleading pursuant to Fed. R. Civ. P. 12(a) is November 21, 2020.

5.     Counsel for the parties have conferred pursuant to Local Rule 3.01(g).

6.     The parties stipulate that Defendants' time to file a responsive pleading should be extended up to and including December 15, 2020.

7.     The parties stipulate that discovery may commence immediately.

WHEREFORE, the parties respectfully request an order extending the time for Defendants to file a responsive pleading up to and including December 15, 2020.

Dated: November 12, 2020

/s/ Matthew G. DeBoard
Matthew DeBoard, Esq.
*Attorney for Defendants*
Florida Bar Number: 103010
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com
Secondary E-Mail: barlawservice@gmail.com

Attorney for Defendants ALFA TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hamm


/s/ James A. Boatman
James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com


/s/ Stephen Ferguson
Stephen M. Ferguson (*pro hac vice* to be filed)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

>Telephone:  (713) 343-0478
>Facsimile:  (713) 758-0146
>Email:  stephen.ferguson@hnbllc.com

>Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed this Stipulated Motion for Extension of Time for Defendants to File a Responsive Pleading, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to the following:

James A. Boatman, Jr.
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Stephen M. Ferguson (*pro hac vice* to be filed)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com

Attorneys for Plaintiff DISH Network L.L.C.

>/s/ Matthew G. DeBoard
>Matthew DeBoard, Esq.
>*Attorney for Defendants*
>Florida Bar Number: 103010
>Barrister Law Firm, P.A.
>2002 E. Robinson Street
>Orlando, FL 32803
>Telephone: (407) 205-2906
>Fax: (407) 386-6621
>E-Mail: deboard@barlaw.com
>Secondary E-Mail: barlawservice@gmail.com