# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No: 6:20-cv-1896-PGB-DCI |
| Plaintiff, | |
| v. | |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | |
| Defendants. | |

## STIPULATED MOTION FOR LEAVE TO APPEAR
## AT CASE MANAGEMENT MEETING VIA VIDEO CONFERENCE

Plaintiff DISH Network L.L.C. ("Plaintiff") and Defendants Alfa TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo ("Defendants"), by and through undersigned counsel, respectfully file this stipulated motion requesting leave to conduct the case management meeting via video conference and in support state:

1. The Court granted in part the parties' stipulated motion for extension of time for Defendants to file a responsive pleading on November 18, 2020. (Dkt. 18.) Defendants filed their answer on December 1, 2020. (Dkt. 23.)

2. Local Rule 3.05(c)(2)(B) requires the parties to "meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency of any undecided motions, for the purpose of preparing and filing a Case Management Report" (hereinafter, the "Case Management Meeting").

3. Defendant Nezar Saeed Hammo was the first defendant served on October 22, 2020. (Dkt. 16 ¶ 3.) Pursuant to Local Rule 3.05(c)(2)(B), the parties are to conduct a Case Management Meeting on or before December 21, 2020.

4. The form Case Management Report provides that "[l]ead counsel must meet *in person* and not by telephone absent an order permitting otherwise."

5. Local Rule 3.01(i) states that "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

6. DISH's counsel is based in Naples, Florida and Houston, Texas, while Defendants' counsel is in Orlando and Miami, Florida. The parties' counsel have limited availability for days and times in which they are both available through December 21, 2020 to conduct the Case Management Meeting.

7. The parties request permission to conduct a video Case Management Meeting in order to reduce travel costs, provide greater flexibility in scheduling, and because of the recent outbreaks of COVID-19.

8. The parties will conduct the Case Management Meeting by no later than December 21, 2020, which is within 60 days of the date the first defendant was served.

For these reasons, the Court should enter an order allowing counsel to conduct the Case Management Meeting via video conference on or before December 21, 2020.

Dated: December 4, 2020                                             Respectfully submitted,

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Attorneys for Plaintiff DISH Network L.L.C.

/s/ Mark Terry
Mark Terry, Esq.
Florida Bar Number: 506151
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

Matthew DeBoard, Esq.
Florida Bar Number: 103010
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com
Secondary E-Mail: barlawservice@gmail.com

Attorneys for Defendants Alfa TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo

(Signed By Filing Attorney with Permission of Non-Filing Attorney)
/s/ Stephen M. Ferguson

## RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that counsel conferred and jointly submit this stipulated motion.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed this Stipulated Motion for Leave to Appear at Case Management Meeting Via Video Conference, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to the following:

Mark Terry, Esq.
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

Matthew DeBoard, Esq.
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com
Secondary E-Mail: barlawservice@gmail.com

Attorneys for Defendants Alfa TV Inc.,
Hisham Manse Ibrahem, and Nezar Saeed Hammo

          /s/ Stephen M. Ferguson
          Stephen M. Ferguson (*pro hac vice*)
          HAGAN NOLL & BOYLE LLC
          Two Memorial City Plaza
          820 Gessner, Suite 940
          Houston, Texas 77024
          Telephone:  (713) 343-0478
          Facsimile:  (713) 758-0146
          Email:  stephen.ferguson@hnbllc.com