## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | Case No: 6:20-cv-1896-PGB-DCI |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ALFA TV INC., HAITHAM MANSI ) | |
| a/k/a Haitham al-Heti, HISHAM MANSE ) | |
| IBRAHEM, NEZAR SAEED HAMMO, ) | |
| and MOHAMMED ABU OUN a/k/a ) | |
| Mohammad Abuoun, individually and ) | |
| together d/b/a ElafnetTV, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE
### DEFENDANTS HAITHAM MANSI AND MOHAMMED ABU OUN

Plaintiff DISH Network L.L.C. ("Plaintiff") and Defendants Alfa TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo ("Defendants"), by and through undersigned counsel, pursuant to Rules 4(f), 4(m), and 6(b) of the Federal Rules of Civil Procedure, stipulate and move the Court for an order to extend the time for Plaintiff to serve Defendants Haitham Mansi ("Mansi") and Mohammed Abu Oun ("Abu Oun").

The parties stipulate to the following:

1. Plaintiff filed its Complaint for Damages and Injunctive Relief on October 14, 2020.

2. Nezar Saeed Hammo was properly served on October 22, 2020.

3. Alfa TV Inc. and Hisham Manse Ibrahem were properly served on October 31, 2020.

4. On November 18, 2020, the Court entered an Endorsed Order granting Defendants an extension of time to December 1, 2020, to file a responsive pleading.

1

5. Defendants filed their Answer on December 1, 2020, admitting that Mansi is vice president of Alfa TV Inc., Abu Oun is general manager of customer support for Alfa TV Inc., and both Mansi and Abu Oun reside outside the United States. (Dkt. 1 ¶¶ 8, 10; Dkt. 23 ¶¶ 8, 10.)

6. Defendants confirmed that Mansi and Abu Oun reside in Jordan.

7. Plaintiff does not have addresses for Mansi or Abu Oun.

8. Plaintiff requested that Mansi and Abu Oun execute a Waiver of the Service of the Summons on November 11, 2020 and January 13, 2021. Mansi and Abu Oun have not executed a Waiver of the Service of the Summons.

9. Plaintiff served Defendants with its first set of interrogatories and requests for production on November 18, 2020, including requests seeking addresses, contact information, and other information that could be useful in serving Mansi and Abu Oun. Defendants have not responded to Plaintiff's first set of interrogatories and requests for production.

10. The parties agreed that their mandatory initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure will be served by January 15, 2021. (Dkt. 26 at 1.) The parties have not served their initial disclosures.

11. Counsel for the parties have conferred pursuant to Local Rule 3.01(g).

12. Plaintiff alleges good cause exists to grant it a 90-day extension of time to serve Mansi and Abu Oun in Jordan because: (1) the 90-day time limit for service in Rule 4(m) of the Federal Rules of Civil Procedure "does not apply to service in a foreign country"; (2) Defendants failed to respond to Plaintiffs' discovery requests seeking addresses and contact information for Mansi and Abu Oun; (3) Mansi and Abu Oun have not waived service of the summons despite Plaintiff's requests; and (4) the parties have not served their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

13. The parties stipulate that Plaintiff should be granted a 90-day extension of time to serve Mansi and Abu Oun.

WHEREFORE, the parties respectfully request an order extending the time for Plaintiff to serve Mansi and Abu Oun up to and including April 12, 2021.

Dated: January 14, 2021

Respectfully submitted,

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Attorneys for Plaintiff DISH Network L.L.C.

/s/ Mark Terry
Mark Terry, Esq.
Florida Bar Number: 506151
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

Matthew DeBoard, Esq.
Florida Bar Number: 103010
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com

                Secondary E-Mail: barlawservice@gmail.com

                Attorneys for Defendants Alfa TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo

(Signed By Filing Attorney with Permission of Non-Filing Attorney)
/s/ Stephen M. Ferguson

### RULE 3.01(g) CERTIFICATE

Filing Attorney certifies that counsel conferred and jointly submit this stipulated motion.

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed this Stipulated Motion for Extension of Time to Serve Defendants Haitham Mansi and Mohammed Abu Oun, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to the following:

Mark Terry, Esq.
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

Matthew DeBoard, Esq.
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com
Secondary E-Mail: barlawservice@gmail.com

Attorneys for Defendants Alfa TV Inc.,
Hisham Manse Ibrahem, and Nezar Saeed Hammo

                /s/ Stephen M. Ferguson
                Stephen M. Ferguson (*pro hac vice*)
                HAGAN NOLL & BOYLE LLC
                Two Memorial City Plaza

820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com

5