## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DISH NETWORK LLC**

Case No. 6:20-cv-~~01896~~PGB-DCI

1896

      **Plaintiff,**

      vs.

**ALFA TV INC., HAITHAM MANSI a/k/a
Haitham al-Heti, HISHAM MANSE IBRAHEM,
NEZAR SAEED HAMMO, and MOHAMMED
ABU OUN a/k/a Mohammad Abuoun, individually
and together d/b/a ElafnetTV**

      **Defendant(s).**

_____/

2021 MAY 28 PM 2: 34

FILED

### SUGGESTION OF THE PENDENCY OF BANKRUPTCY PROCEEDINGS
### UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

The Defendant, Nezar Saeed Hammo, by and through the undersigned attorney, hereby

files the following Suggestion of Pendency of Bankruptcy Proceedings under Chapter 7 of the

Bankruptcy Code, and states that:

1.      On May 21, 2021, a Voluntary Petition for Relief under Chapter 7, Case Number 6:21-

         bk-02336, was filed on behalf of the Defendant in the U.S. Bankruptcy Court, Middle

         District of Florida, Orlando Division.

2.      Pursuant to 11 U.S.C. § 362(a), of the Bankruptcy Code, the filing of the Petition

         operates as a stay of the commencement or continuation of these proceedings.

3.      The filing of this Suggestion does not constitute an appearance in this Court case. The

         undersigned attorney represents the Defendant only in connection with the Bankruptcy

         case filed in the U.S. Bankruptcy Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct cop of the foregoing Suggestion of the Pendency of Bankruptcy Proceedings has been furnished this the 26th day of May, 2021, by U.S. regular 1st Class Mail to: United States District Court, Orlando Division, George C Young Federal Annex Courthouse, 401 West Central Blvd, Orlando, FL 32801; Boatman Ricci, PA, Attn: James A. Boatman, Jr., Attorney for Plaintiff, 3021 Airport-Pulling Road North, Suite 202, Naples, Florida 34105, and at email address jab@boatmanricci.com; and Hagan Noll & Boyle, LLC, Attn: Stephen M. Ferguson, Attorney for Plaintiff, Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, and at email address stephen.ferguson@hnbllc.com.

Joel L. Gross, Esq.
Fl. Bar No.: 419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
Telephone: (352) 536-6288
Facsimile: (352) 536-2452
joel@joelgrosspa.com