UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:20-cv-1896-PGB-DCI |
| ) | |
| ALFA TV INC., HAITHAM MANSI a/k/a ) | |
| HAITHAM AL-HETI, HISHAM MANSE ) | |
| IBRAHEM, NEZAR SAEED HAMMO, ) | |
| and MOHAMMED ABU OUN a/k/a ) | |
| MOHAMMAD ABOUM, individually and ) | |
| together d/b/a Elafnet TV, ) | |
| ) | |
| Defendants. ) | |

**MOTION
TO ALLOW LATE-FILED OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
AND APPLICATION FOR ENLARGEMENT OF TIME**

COME NOW Defendants Alfa TV, Inc. and Hisham Manse Ibrahem, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 6(a) hereby move for permission to file a late-filed opposition to Dish Network L.L.C.'S *Motion to Hold Defendants Alfa TV Inc. and Hisham Ibrahem in Contempt and for Sanctions* (Document 43) (the "Motion for Sanctions"). Alfa TV and Mr. Ibrahem request that the deadline to oppose the Motion for Sanctions be extended to **June 30, 2021**. Undersigned has conferred with Plaintiff's counsel in a good-faith effort to resolve the issues raised in this motion without the Court's involvement. Plaintiff's counsel does not consent to the relief sought herein.

The motion to allow a late-filed opposition is made on the grounds that the Defendants' failure to timely oppose the motion is due to excusable neglect.

1

The motion for enlargement of time is made on the grounds that the undersigned has just been hired to take over the case this week. Undersigned needs additional time to learn the history of the case, and if possible, satisfy some of the outstanding discovery issues that are the basis for the Motion.

As of today, undersigned is aware that the Motion for Sanctions was filed on June 3, 2021, and the Court's Standing Order on Discovery Motions (Document 7) prescribes a 5-day response time for short form discovery motions, thus the response was due June 8 (or June 10 if the intervening weekend is not counted). However, undersigned was not retained until June 13, 2021, when the deadline had already passed.

The Court has already ruled that Defendants Alfa TV and Hisham Ibrahem are remiss in failing to timely respond to discovery; however, the record does not clearly show <u>why</u> these two defendants previously failed to respond. Undersigned has not had adequate time to investigate and determine what the cause of that failure was. More importantly, undersigned is making his best effort to rectify the failure itself. As of today, Hisham Ibrahem has turned over to this attorney more than 500 pages of documents that are responsive to the Plaintiff's requests. Undersigned will turn these documents over to Plaintiff's counsel as soon as they are catalogued and a proper discovery response can be drafted. Notwithstanding the previous events in this case, it appears that the Defendants are now making a good faith effort to comply with their discovery obligations.

Rule 6(b) allows the Court to extend the time for filing the Defendants' opposition under these circumstances. That rule provides:

> (b) Extending Time.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

>  (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Courts construing Rule 6(b) have commented that "A discretionary extension [of time] should be liberally granted absent a showing of bad faith on the part of the movant . . . or undue prejudice to other parties to the action."  United States v. Miller Bros. Const. Co., 505 F.2d 1031, 1035 (10th Cir. 1974).  Other courts have noted that "the concept of 'excusable neglect' may encompass delays caused by inadvertence, mistake, or carelessness, at least when the delay was not long, there is no bad faith, there is no prejudice to the opposing party, and movant's excuse has some merit."  Cedar Petrochemicals, Inc. v. Dongbu Hannong Chem. Co., 769 F. Supp. 2d 269, 281 (S.D.N.Y. 2011).

The teaching of the cases cited above is directly applicable to the case *sub judice*.  In this case, the Defendants did indeed miss the deadline to oppose the Plaintiff's Motion for Sanctions.  However, their failure was inadvertent, and not purposeful.  The delay caused by their failure has not been long – just a few days.  There is no bad faith; the Defendants are working to comply with their discovery obligations.  There is no prejudice to the Plaintiff, because the relief that they seek will still be available after June 30.  Finally, the movant's excuse has some merit: Alfa TV, Mr. Ibrahem, and Mr. Hammo have hired new counsel, and their new counsel needs time to get "up to speed" on the case.

For the reasons cited above, Defendants Alfa TV, Inc. and Hisham Ibrahem respectfully request permission to file a late-filed opposition to Dish Network L.L.C.'S  Motion for Sanctions (Document 43); and Alfa TV and Mr. Ibrahem request that the deadline to oppose the Motion for Sanctions be extended to June 30, 2021.

Respectfully submitted this 16th day of June, 2021.

/s Thomas McDermott
Thomas McDermott, Esq.
Florida Bar Number: 0108906
901 NW 8th Avenue, Suite A-6
Gainesville FL 32601
E-mail: *mcdermott.lawyer@gmail.com*
*Attorney for Defendants ALFA TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hamm*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, I filed a copy of the foregoing Motion with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the attorneys/parties listed below.

/s/ Thomas McDermott

| | |
|---|---|
| James A. Boatman, Jr. (Trial Counsel)<br>Florida Bar No. 0130184<br>BOATMAN RICCI, PA<br>3021 Airport-Pulling Road North, Suite 202<br>Naples, Florida 34105<br>Telephone: (239) 330-1494<br>Email: *jab@boatmanricci.com* | Stephen M. Ferguson<br>HAGAN NOLL & BOYLE LLC<br>Two Memorial City Plaza 820 Gessner, Suite 940<br>Houston, Texas 77024<br>Telephone: (713) 343-0478<br>Email: *stephen.ferguson@hnbllc.com* |

4