# EXHIBIT 1



*The entrance door to Råbyvägen 28.*

# EXHIBIT 2



*Mansis and his wifes name were among the names at the doorbells.*

# EXHIBIT 3



*The mailboxes are situated on the first floor.*

# EXHIBIT 4



*His name was on the magazine rack outside the door.*

# EXHIBIT 5



*The envelope containing the documents for Haitham Mansi.*



*The envelope was put in the mailbox belonging to Haitham Mansi.*