UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DISH NETWORK L.L.C.,**

          Plaintiff,

vs.                                Case No. 6:20-cv-1896-PGB-DCI

**ALFA TV INC., HAITHAM MANSI a/k/a HAITHAM AL-HETI, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a MOHAMMAD ABOUM, individually and together d/b/a Elafnet TV,**

          Defendants.

_____

**NOTICE OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

     Thomas McDermott of the Law Office of Thomas McDermott files this Notice of Appearance of Counsel as counsel on behalf of ALFA TV INC., HISHAM MANSE IBRAHEM, and NEZAR SAEED HAMMO and gives notice that all further pleadings and papers should be served upon Thomas McDermott, the Law Office of Thomas McDermott, 901 NW 8th Avenue, Suite A-6, Gainesville FL 32601.  I am admitted or otherwise authorized to practice in this court.

Respectfully submitted this 18th day of June, 2021.

                                       */s Thomas McDermott*
                                       Thomas McDermott, Esq.
                                       Florida Bar Number: 0108906
                                       901 NW 8th Avenue, Suite A-6
                                       Gainesville FL 32601

E-mail: *mcdermott.lawyer@gmail.com*
*Attorney for Defendants ALFA TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hamm*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2021, I filed a copy of the foregoing Motion with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the attorneys/parties listed below.

*/s/ Thomas McDermott*

| | |
|---|---|
| James A. Boatman, Jr. (Trial Counsel)<br>Florida Bar No. 0130184<br>BOATMAN RICCI, PA<br>3021 Airport-Pulling Road North, Suite 202<br>Naples, Florida 34105<br>Telephone: (239) 330-1494<br>Email: *jab@boatmanricci.com* | Stephen M. Ferguson<br>HAGAN NOLL & BOYLE LLC<br>Two Memorial City Plaza 820 Gessner, Suite 940<br>Houston, Texas 77024<br>Telephone: (713) 343-0478<br>Email: *stephen.ferguson@hnbllc.com* |
| Mark Terry, Esq.<br>The Plus IP Firm<br>801 Brickell Avenue #900<br>Miami, FL 33131<br>Telephone: 786-443-7720<br>E-Mail: *Mark@terryfirm.com* | Matthew DeBoard, Esq.<br>Barrister Law Firm, P.A.<br>2002 E. Robinson Street<br>Orlando, FL 32803<br>Telephone: 407-205-2906<br>Email: *deboard@barlaw.com* |