UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISH NETWORK L.L.C.,

    Plaintiff,

vs.

ALFA TV INC., HAITHAM MANSI a/k/a
HAITHAM AL-HETI, HISHAM MANSE
IBRAHEM, NEZAR SAEED HAMMO,
and MOHAMMED ABU OUN a/k/a
MOHAMMAD ABOUM, individually and
together d/b/a Elafnet TV,

    Defendants.

Case No. 6:20-cv-1896-PGB-DCI

**MOTION TO WITHDRAW AS COUNSEL**

    Attorneys Mark Terry, Esq. and Matthew Deboard, Esq, hereby move the Court to withdraw as counsel for Defendants ALFA TV INC., HISHAM MANSE IBRAHEM, and NEZAR SAEED HAMMO ("Defendants") pursuant to Local Rule 2.02(c), and state:

    1.    Attorney Mark Terry, Esq. hereby certifies that Defendants have had at least fourteen days' notice of the withdrawal of Attorneys Mark Terry, Esq. and Matthew Deboard, Esq, and that Defendants have consented in writing to the withdrawal of said attorneys.

    2.    Defendants have obtained substitute counsel in this case. Attorney Thomas McDermott has filed a Notice of Appearance on behalf of Defendants (*see* D.E. 50) in time to comply with all deadlines going forward. Therefore, Defendants would not be proceeding pro se as a result of the withdrawal.

    3.    This motion is not being filed to hinder or delay this matter or to prejudice

1

any party.

4.      The withdrawal will not cause the continuance of the trial.

WHEREFORE, based on the foregoing, Attorneys Mark Terry, Esq. and Matthew Deboard, Esq, respectfully request that this Court enter an Order allowing said attorneys to withdraw as counsel of record in this matter.

Local Rule 3.01(g) Certification

Attorney Mark Terry has conferred with Attorney for Plaintiff, Stephen Ferguson, on this MOTION TO WITHDRAW via telephone on 6-18-21 and the parties did not come to an agreement on a resolution to all of part this MOTION TO WITHDRAW.  Attorney for Plaintiff, Stephen Ferguson, stated that Plaintiff would oppose this MOTION TO WITHDRAW.

Date:  June 18, 2020                    Respectfully Submitted,

*/s/ Mark Terry*

Mark Terry, Esq.
Florida Bar Number: 506151
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

*/s/ Matthew G. DeBoard*
Matthew DeBoard, Esq.
Attorney for Defendants
Florida Bar Number: 103010
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621

                        E-Mail: deboard@barlaw.com
                        Secondary E-Mail: barlawservice@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2020 a copy of the forgoing MOTION TO WITHDRAW has been electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the following:

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Stephen M. Ferguson
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024

                        /s/ Mark P. Terry

                        Mark Terry, Esq.
                        Florida Bar Number: 506151
                        The Plus IP Firm
                        801 Brickell Avenue #900
                        Miami, Fl 33131
                        Telephone: 786-443-7720
                        E-Mail: Mark@terryfirm.com