# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No: 6:20-cv-1896-PGB-DCI |
| Plaintiff, | |
| v. | |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | |
| Defendants. | |

## DISH NETWORK L.L.C.'S OPPOSITION TO MARK TERRY AND MATTHEW DEBOARD'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Plaintiff DISH Network L.L.C. ("DISH") files this opposition to Mark Terry and Matthew DeBoard's Motion to Withdraw as Counsel for Defendants (Doc. 51).

Local Rule 2.02(c) states that "If a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." The Court should not grant Mr. Terry and Mr. DeBoard leave to withdraw from the action at this time because of the outstanding issues of Defendants' failure to comply with the Court's March 9, 2021 discovery order (Doc. 36, the Order.)

On June 3, 2021, DISH filed a short-form discovery motion (Doc. 43) seeking an order holding Defendants Alfa TV Inc. ("Alfa TV") and Hisham Ibrahem ("Ibrahem") in contempt and for sanctions, for their failure to comply with the Order. The Order required Defendants to respond in full to DISH's interrogatories 6-10 ("ROG") and produce documents responsive to requests for production 15-42

1

("RFP") within 14 days. (Doc. 36 at 2.) Alfa TV and Ibrahem did not fully respond to the ROG or produce a single document in response to the RFP within 14 days as required by the order, and Mr. Terry and Mr. DeBoard refused to provide any information concerning their knowledge or supervision over Alfa TV and Ibrahem's efforts to comply with the Order. (Doc. 43.)

Alfa TV and Ibrahem retained new counsel on June 13, 2021. Alfa TV and Ibrahem's new counsel filed a motion to allow late-filed opposition to DISH's motion for contempt and for sanctions on June 16, 2021. (Doc. 46). This motion states, "Ibrahem has turned over to this attorney more than 500 pages of documents that are responsive to the Plaintiff's requests," "the record does not clearly show why these two defendants failed to respond," and "[u]ndersigned has not had adequate time to investigate and determine what the cause of that failure was." (*Id.* at 2.) This is information that is known, or should be known, by Mr. Terry and Mr. DeBoard.

On June 17, 2021, the Court denied DISH's motion for contempt and for sanctions without prejudice stating, "further development of the record—by hearing, through further briefing, or both—is necessary to resolve this issue." (Doc. 48 at 2.) Approximately 1.5 hours later on June 17, 2021, Mr. Terry left a voice message and emailed DISH's counsel stating he and Mr. DeBoard are moving to withdraw as counsel.

During a telephonic meet and confer on June 18, 2021, Mr. Terry would not provide any basis or reason for his and Mr. DeBoard's withdrawal. Mr. Terry also

again declined DISH's request that they identify Defendants' email accounts and documents that were searched, how documents were maintained, the efforts made to secure responsive documents, and their efforts to manage or supervise Defendants' efforts to comply with the Order.

Mr. Terry and Mr. DeBoard have not provided DISH, nor the Court, with any basis or reason warranting leave to withdraw from the action at this time. DISH will likely be prejudiced if they are granted leave to withdraw before the outstanding issues concerning non-compliance with the Order are resolved.

## Conclusion

DISH respectfully requests that the Court deny Mr. Terry and Mr. DeBoard's motion to withdraw as counsel for Defendants in this action until such time as the outstanding issues concerning non-compliance with the Order are resolved.

Dated: June 18, 2021

Respectfully submitted,

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed this, DISH Network L.L.C.'s Opposition to Mark Terry and Matthew DeBoard's Motion to Withdraw as Counsel for Defendants, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to the following:

Thomas McDermott, Esq.
**Law Office of Thomas McDermott**
901 NW 8th Avenue, Suite A-6
Gainesville FL 32601
Telephone: 352-451-4980
E-Mail: mcdermott.lawyer@gmail.com

Mark Terry, Esq.
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: Mark@terryfirm.com

Matthew DeBoard, Esq.
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: deboard@barlaw.com
Secondary E-Mail: barlawservice@gmail.com

Attorneys for Defendants

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza

820 Gessner, Suite 940  
Houston, Texas 77024  
Telephone: (713) 343-0478  
Facsimile: (713) 758-0146  
Email: stephen.ferguson@hnbllc.com