# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No: 6:20-cv-1896-PGB-DCI |
| Plaintiff, | |
| v. | |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | |
| Defendants. | |

## PLAINTIFF DISH NETWORK L.L.C.'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT HAITHAM MANSI

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10, Plaintiff DISH Network L.L.C. ("DISH") respectfully requests that the Clerk enter default against Haitham Mansi ("Mansi") with regard to the allegations in DISH's Complaint. (Doc. 1).

Mansi was served with summons and the Complaint on April 7, 2021, by leaving the documents at Mansi's residence, consistent with Swedish law. (Doc. 49.)[1]  Service in this manner was proper under Fed. R. Civ. P. 4(f)(2)(A).

Mansi's responsive pleading was due 21 days later on April 28, 2021.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Mansi has not filed an answer or other responsive pleading or requested additional time to do so.  (Ferguson Decl. ¶ 3.)

---

[1] DISH did not receive the proof of service until June 18, 2021, and DISH filed it that same day.  (Doc. 49.)

Mansi is not a minor, incompetent, or exempt under the Servicemembers' Civil Relief Act.  Fed. R. Civ. P. 55(b)(2); (Ferguson Decl. ¶¶ 4-7, Exs. 1-2).  Accordingly, the Clerk should enter default against Mansi.

Dated:  June 24, 2021    Respectfully submitted,

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  stephen.ferguson@hnbllc.com

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone:  (239) 330-1494
Email:  jab@boatmanricci.com

Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, I electronically filed this, Plaintiff DISH Network L.L.C.'s Application for Clerk's Entry of Default Against Defendant Haitham Mansi, with the Clerk of the Court using the CM/ECF System, which will send notifications of such filing to the following:

Thomas McDermott, Esq.
Law Office of Thomas McDermott
901 NW 8th Avenue, Ste. A-6
Gainesville, FL 32601
Telephone: 352-451-4980
Email: mcdermott.lawyer@gmail.com
*Attorney for Defendants Alfa TV Inc., Hisham Manse Ibrahem, and Nezar Saeed Hammo*

and by placing the document in a sealed envelope with postage thereon fully prepaid and then deposited the envelope with the United States Postal Service (International Registered Mail, Return Receipt Requested), addressed to the following non-CM/ECF participant:

Haitham Mansi
Rabyvagen 28, Apartment No. 1401
754 22 Uppsala
Sweden
*Defendant*

>                                     /s/ Stephen M. Ferguson
>                                     Stephen M. Ferguson (*pro hac vice*)
>                                     HAGAN NOLL & BOYLE LLC
>                                     Two Memorial City Plaza
>                                     820 Gessner, Suite 940
>                                     Houston, Texas 77024
>                                     Telephone:  (713) 343-0478
>                                     Facsimile:  (713) 758-0146
>                                     Email:  stephen.ferguson@hnbllc.com