# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) Case No: 6:20-cv-1896-PGB-DCI |
| Plaintiff, | ) |
| v. | ) |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF STEPHEN M. FERGUSON

I, Stephen M. Ferguson, of Houston, Texas declare as follows:

1.  I am an attorney with the firm of Hagan Noll & Boyle LLC, counsel for Plaintiff DISH Network L.L.C. ("DISH"). I am licensed to practice in Texas and admitted pro hac vice for purposes of representing DISH in this case. I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration is filed in support of DISH's application for the Clerk's entry of default against Defendant Haitham Mansi ("Mansi").

2.  Mansi was served with the summons and Complaint on April 7, 2021. (Doc. 49.)

3. According to the Court's docket and my file, Mansi has not filed an answer or other responsive pleading, nor has he requested an extension of time to do so.

4. Attached as **Exhibit 1** is a true and correct copy of the relevant portions of a Westlaw PeopleMap report for Mansi that I obtained from *https://1.next.westlaw.com* on June 24, 2021, which is redacted pursuant to Fed. R. Civ. P. 5.2. Based on this report, Mansi was born in 1958, is an owner of the single family residence located in Orlando, Florida that is the address for Defendant Alfa TV Inc. ("Alfa TV"), and is the vice president of Alfa TV. (Ex. 1.) The report establishes that Mansi is not a minor. (*Id.*)

5. I am not aware of any facts that suggest Mansi is incompetent. Rather, Mansi's acts of owning a home, holding the title of vice president of Alfa TV, and Mansi's copyright infringement as alleged in DISH's Complaint, show that Mansi is competent. (*Id.;* Doc.. 1 ¶¶ 1-5, 8, 12, 15-16, 24-49.)

6. The official United States Department of Defense Servicemembers Civil Relief Act website (the "SCRA website"), available at *https://scra.dmdc.osd.mil/scra/#/home*, has a search function that allows a visitor to perform a search to check the military status of an individual by entering the individual's first and last name and date of birth or social security number.

7. On June 24, 2021, I performed searches on the SCRA website by entering Mansi's first and last name and date of birth obtained from the Westlaw PeopleMap report described in paragraph 4. Attached as **Exhibit 2** is a true and

correct copy of the June 24, 2021 status report for the military status of Mansi obtained from the SCRA website, which is redacted pursuant to Fed. R. Civ. P. 5.2. The report indicates that Mansi is not on active duty in the United States military or otherwise exempt under the Servicemembers' Civil Relief Act.  (Ex. 2.)

    I declare under penalty of perjury that the foregoing is true and correct. Executed on June 24, 2021.

/s/ Stephen M. Ferguson
Stephen M. Ferguson
