# EXHIBIT 1

## Possible People Information

### Person Overview

**HAITHAM MANSI**

1751 MALON BAY DR

ORLANDO, FL 32828-6804 | ORANGE County

**SSN:**

█-XXXX - SSN not issued

**DOB:**

█/1958 (Age: 62)

### SSN Summary

| SSN | Source |
|---|---|
| █-XXXX - SSN not issued | |

### Addresses

| Address |
|---|
| **1751 MALON BAY DR, ORLANDO, FL 32828-6804 | ORANGE County** |
| *Reported 01/01/2013 - 06/30/2016* |
| By People Household 01/01/2013 - 06/30/2016     People Household |
| By People Find 06/12/2015 - 06/12/2015     People Find #1  |  People Find #2 |
| By Real Property Deeds     Real Property Deeds #1  |  Real Property Deeds #2 |
| By Real Property Tax Assessor     Real Property Tax Assessor |
| **12861 TANJA KING BLVD, ORLANDO, FL 32828-7848 | ORANGE County** |
| *Reported N/A* |
| By Real Property Deeds     Real Property Deeds |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 1751 MALON BAY DR ORLANDO, FL 32828-6804 | $281,298.00 | 2020 | 97% | Full-Text |

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Real Property Transactions

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| 1751 MALON BAY DR ORLANDO, FL 32828-6804 | | | 04/20/2021 | 97% | Full-Text |
| 12861 TANJA KING BLVD ORLANDO, FL 32828-7848 | $200,000.00 | | 06/01/2015 | 97% | Full-Text |

## Possible Adverse Information

**Risk Flags Analysis**

## List of Possible Risk Flags

| Risk Flags Name | Yes/No |
|---|---|
| Arrest Record | No |
| Criminal Record | No |
| OFAC Listing | No |
| World-Check Listing | No |
| Global Sanctions | No |
| Bankruptcy | No |
| Recorded as Deceased | No |
| Person Associated with Marijuana Related Business | No |
| Multiple SSNs | No |
| SSN Matches Multiple Individuals | No |
| Age Younger than SSN Issue Date | No |
| SSN Format is Invalid | No |
| SSN Is an ITIN | No |
| Address 1st Reported <90 Days | No |
| Residential Address Used as a Business Address | Yes |
| Prison Address on Record | No |
| P.O. Box Listed as Address | No |
| Telephone Number Inconsistent with Address | No |

## Source Information

| Current Date: | 06/24/2021 |
|---|---|
| Source: | Experian Credit Header |

## Individual Information

### Best Address Information

| Best Address: | |
|---|---|

### Other Address Information

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Real Property Tax Assessor Records (1)

To Summary

### Real Property Tax Assessor Record

### Source Information

| Tax Roll Certification Date: | 10/16/2020 |
|---|---|
| Owner Information Current Through: | 04/30/2021 |
| County Last Updated: | 06/03/2021 |
| Current Date: | 06/24/2021 |
| Source: | TAX ASSESSOR |

### Owner Information

| Owner(s): | MANSI HAITHAM |
|---|---|
| Absentee Owner: | OWNER OCCUPIED |
| Property Address: | 1751 MALON BAY DR<br>ORLANDO, FL 32828-6804 |
| Mailing Address: | 1751 MALON BAY DR<br>ORLANDO, FL 32828-6804 |

### Property Information

| County: | ORANGE |
|---|---|
| Assessor's Parcel Number: | 32-22-30-7895-00-310 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Zoning: | P-D |
| Lot Size: | 8617 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| Lot Acreage: | 0.1978 |
| Municipality: | UNINCORPORATED |
| Subdivision: | SPRING ISLE |
| Plat Recording: | BOOK 61, PAGE 131 |
| Legal Description: | SPRING ISLE UNIT 1 61/131 LOT 31 |
| Tract/Subdivision Number: | 7895 |
| Lot Number: | 31 |
| Range: | 32 |
| Township: | 22 |
| Section: | 30 |

**Tax Assessment Information**

| | |
|---|---|
| Tax Year: | 2020 |
| Calculated Land Value: | $47,500.00 |
| Calculated Improvement Value: | $233,798.00 |
| Calculated Total Value: | $281,298.00 |
| Assessed Land Value: | $47,500.00 |
| Assessed Improvement Value: | $233,798.00 |
| Assessed Total Value: | $281,298.00 |
| Market Land Value: | $47,500.00 |
| Market Improvement Value: | $233,798.00 |
| Market Total Value: | $281,298.00 |
| Valuation Method: | MARKET |
| Tax Amount: | $4,540.60 |
| Tax Code Area: | 11 |

**Building/Improvement Characteristics**

| | |
|---|---|
| Building Type: | SINGLE FAMILY |
| Number of Buildings: | 1 |
| Year Built: | 20060000 |
| Total Area: | 8000008617 |
| Living Square Feet: | 2485 |
| Number of Bedrooms: | 4 |
| Number of Bathrooms: | 4.00 |
| Full Baths: | 3 |
| Garage Type: | FINISHED GARAGE |
| Number of Stories: | 2.00 |
| Construction Quality: | AVERAGE |
| Exterior Wall Type: | CONCRETE BLOCK/STUCCO |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| Roof Type: | GABLE/HIP |
| Heat: | FORCED AIR |
| A/C Type: | AC CENTRAL |

**Last Market Sale Information**

| | |
|---|---|
| Sale Date: | 03/05/2013 |
| Seller Name: | HARBORVIEW 2006-12 TRUST FUND |
| Sale Price: | $177,500.00 |
| Deed Type: | GRANT DEED |
| Type of Sale: | RESALE |
| Recording Date: | 03/15/2013 |
| Document Number: | 146019 |
| Recording Book/Page: | BOOK 10538, PAGE 1747 |
| Title Company: | LANDCASTLE TITLE LLC |

**Previous Transaction Information**

| | |
|---|---|
| Previous Document Number: | 262072 |
| Sale Date: | 03/30/2006 |
| Sale Price: | $376,300.00 |
| Deed Type: | MORTGATE DEEDS |
| Type of Sale: | SUBDIVISION/NEW CONSTRUCTION |
| Mortgage Amount: | $335,610.00 |
| Number of Parcels: | Y Y |
| Recording Date: | 04/20/2006 |
| Recording Book/Page: | BOOK 8600, PAGE 3081 |

**Historical Tax Assessor Information**

| Historical Tax Assessor Record: 1. | |
|---|---|
| Tax Year: | 2018 |
| Calculated Land Value: | $47,500.00 |
| Calculated Improvement Value: | $228,947.00 |
| Calculated Total Value: | $276,447.00 |
| Assessed Total Value: | $276,447.00 |
| Assessor's Parcel Number: | 32-22-30-7895-00-310 |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | MANSI HAITHAM |
| Property Address: | 1751 MALON BAY DR 1<br>ORLANDO, FL 32828-6804 |
| Mailing Address: | 1751 MALON BAY DR |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.

## Corporate Records & Business Registrations (1)

To Summary

**Corporate Records & Business Registrations**

### Source Information

| Information Current Through: | 04/03/2021 |
| --- | --- |
| Database Last Updated: | 05/28/2021 |
| Update Frequency: | QUARTERLY |
| Current Date: | 06/24/2021 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information

| Name: | ALFA TV INC |
| --- | --- |
| Address: | 1751 MALON BAY DRIVE ORLANDO, FL 32828 |
| D&B DUNS: | 08-644-0537 |

### Filing Information

| Identification Number: | P16000097893 |
| --- | --- |
| Filing Date: | 12/12/2016 |
| State of Incorporation: | FLORIDA |
| Date Incorporated: | 12/12/2016 |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | DOMESTIC CORPORATION |

### Registered Agent Information

| Name: | HISHAM IBRAHEM |
| --- | --- |
| Address: | 1751 MALON BAY DRIVE ORLANDO, FL 32828 |

### Principal Information

| Name: | HISHAM IBRAHEM |
| --- | --- |
| Title: | P |
| Address: | 1751 MALON BAY DRIVE ORLANDO, FL 32828 |
| Name: | HAITHAM MANSI |
| Title: | VP |
| Address: | 1751 MALON BAY DRIVE ORLANDO, FL 32828 |

### Amendment Information

| Amendments: | 03/10/2020 MISCELLANEOUS 2020 ANNUAL REPORT FILED. |
| --- | --- |
| | 04/04/2019 MISCELLANEOUS 2019 ANNUAL REPORT FILED. |

### Tax Information

| Corporate Tax Details: | |
| --- | --- |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

# EXHIBIT 2

Department of Defense Manpower Data Center

Results as of : Jun-24-2021 01:13:52 PM

SCRA 5.8



## Status Report
## Pursuant to Servicemembers Civil Relief Act

**SSN:**
**Birth Date:** ▇▇-1958
**Last Name:** MANSI
**First Name:** HAITHAM
**Middle Name:**
**Status As Of:** Jun-24-2021
**Certificate ID:** 674DYH8V6FBQPVS

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.