# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DISH NETWORK L.L.C.,**

      Plaintiff,

vs.                                                      Case No. 6:20-cv-1896-PGB-DCI

**ALFA TV INC., HAITHAM MANSI a/k/a HAITHAM AL-HETI, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a MOHAMMAD ABOUM, individually and together d/b/a Elafnet TV,**

      Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

      Thomas McDermott of the Law Office of Thomas McDermott files this Notice of Appearance of Counsel as counsel on behalf of HAITHAM MANSI a/k/a HAITHAM AL-HETI, and gives notice that all further pleadings and papers should be served upon Thomas McDermott at the Law Office of Thomas McDermott, 901 NW 8th Avenue, Suite A-6, Gainesville FL 32601. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted this 28th day of June, 2021.

                                                      */s/ Thomas McDermott*
                                                      Thomas McDermott, Esq.
                                                      Florida Bar Number: 0108906
                                                      901 NW 8th Avenue, Suite A-6
                                                      Gainesville FL 32601

E-mail: *mcdermott.lawyer@gmail.com*
Attorney for Defendants ALFA TV Inc.,Haitham Mansi a/k/a/ Haithham Al-Heti, Hisham Manse Ibrahem, Nezar Saeed Hamm

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2021, I filed a copy of the foregoing Motion with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the attorneys/parties listed below.

*/s/ Thomas McDermott*

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202
Naples, Florida 34105
Telephone: (239) 330-1494
Email: *jab@boatmanricci.com*

Stephen M. Ferguson
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza 820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Email: *stephen.ferguson@hnbllc.com*

Mark Terry, Esq.
The Plus IP Firm
801 Brickell Avenue #900
Miami, FL 33131
Telephone: 786-443-7720
E-Mail: *Mark@terryfirm.com*

Matthew DeBoard, Esq.
Barrister Law Firm, P.A.
2002 E. Robinson Street
Orlando, FL 32803
Telephone: 407-205-2906
Email: *deboard@barlaw.com*