UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALFA TV INC., HAITHAM MANSI a/k/a )<br>HAITHAM AL-HETI, HISHAM MANSE )<br>IBRAHEM, NEZAR SAEED HAMMO, )<br>and MOHAMMED ABU OUN a/k/a )<br>MOHAMMAD ABOUM, individually and )<br>together d/b/a Elafnet TV, )<br>)<br>Defendants. ) | Case No. 6:20-cv-1896-PGB-DCI |

**AGREED MOTION
TO ENLARGE TIME FOR HAITHAM MANSI TO FILE ANSWER**

COME NOW Plaintiff Dish Network, LLC, and Defendants Alfa TV, Inc., Haitham Mansi, and Hisham Manse Ibrahem, by and through undersigned counsel, and hereby move this Court to allow Defendant Haitham Mansi to file his Answer to the Complaint on or before August 16, 2021.

Respectfully submitted this 21st day of July, 2021.

| | |
|---|---|
| */s/ Stephen M. Ferguson*<br>Stephen M. Ferguson<br>HAGAN NOLL & BOYLE LLC<br>Two Memorial City Plaza<br>820 Gessner, Suite 940<br>Houston, Texas 77024<br>Telephone: (713) 343-0478<br>Email: *stephen.ferguson@hnbllc.com*<br>*Attorney for Plaintiff Dish Network LLC* | */s Thomas McDermott*<br>Thomas McDermott, Esq.<br>Florida Bar Number: 0108906<br>901 NW 8th Avenue, Suite A-6<br>Gainesville FL 32601<br>E-mail: *mcdermott.lawyer@gmail.com*<br>*Attorney for Defendants ALFA TV Inc., Hisham Manse Ibrahem, Haitham Mansi, and Nezar Saeed Hammo* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21st, 2021, I filed a copy of the foregoing Motion with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the attorneys/parties listed below.

*/s/ Thomas McDermott*

| | |
|---|---|
| James A. Boatman, Jr. (Trial Counsel) | Stephen M. Ferguson |
| Florida Bar No. 0130184 | HAGAN NOLL & BOYLE LLC |
| BOATMAN RICCI, PA | Two Memorial City Plaza |
| 3021 Airport-Pulling Road North, Ste. 202 | 820 Gessner, Suite 940 |
| Naples, Florida 34105 | Houston, Texas 77024 |
| Telephone: (239) 330-1494 | Telephone: (713) 343-0478 |
| Email: *jab@boatmanricci.com* | Email: *stephen.ferguson@hnbllc.com* |