UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALFA TV INC., HAITHAM MANSI a/k/a )<br>HAITHAM AL-HETI, HISHAM MANSE )<br>IBRAHEM, NEZAR SAEED HAMMO, )<br>and MOHAMMED ABU OUN a/k/a )<br>MOHAMMAD ABOUM, individually and )<br>together d/b/a Elafnet TV, )<br>)<br>Defendants. ) | Case No. 6:20-cv-1896-PGB-DCI |

## ANSWER OF HAITHAM MANSI

COMES NOW Defendant Haitham Mansi ("Mr. Mansi") by and through undersigned counsel, and hereby files his Answer in the above-captioned case, and pleads as follows:

1) The allegations in Paragraph 1 pertaining to Mr. Mansi are denied. The other allegations in this Paragraph are denied for lack of information.

2) The allegations in Paragraph 2 pertaining to Mr. Mansi are denied. The other allegations in this Paragraph are denied for lack of information.

3) Denied for lack of information.

4) The allegations in Paragraph 4, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

5) The allegations in Paragraph 5, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

6) Denied for lack of information.

1

7) Admitted.

8) Denied.

9) Denied for lack of information.

10) Denied for lack of information.

11) Denied for lack of information.

12) The allegations in Paragraph 12, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

13) Paragraph 13 states a legal conclusion and does not require a response.

14) The allegations in Paragraph 14, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

15) The allegations in Paragraph 15, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

16) The allegations in Paragraph 16, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

17) Admitted as to venue only. Otherwise denied.

18) Denied for lack of information.

19) Denied for lack of information.

20) Denied for lack of information.

21) Denied for lack of information.

22) Admitted.

23) Denied for lack of information.

24) The allegations in Paragraph24, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

25) The allegations in Paragraph 25, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

26) The allegations in Paragraph 26, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

27) The allegations in Paragraph 27, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

28) Admitted that Plaintiff sent notices of copyright infringement to some Defendants. The other details in this Paragraph are denied for lack of information.

29) Denied for lack of information.

30) The allegations in Paragraph 30, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

31) Denied for lack of information.

32) Mr. Mansi admits that he considers Mr. al-Hamid a friend. Otherwise denied.

33) Denied for lack of information.

34) Denied for lack of information.

35) Denied for lack of information.

36) Denied for lack of information.

37) Denied for lack of information.

38) Denied for lack of information.

39) Denied for lack of information.

40) Denied for lack of information.

41) Denied for lack of information.

42) Denied for lack of information.

43) Denied for lack of information.

44) Denied for lack of information.

45) Denied for lack of information.

46) The allegations in Paragraph 46, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

47) Denied for lack of information.

48) The allegations in Paragraph 48, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

49) Denied for lack of information.

50) Mr. Mansi repeats and realleges the answers to paragraphs 1-49 above.

51) Denied for lack of information.

52) Denied for lack of information.

53) Denied for lack of information.

54) The allegations in Paragraph 54, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

55) The allegations in Paragraph 55, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

56) The allegations in Paragraph 56, to the extent they pertain to Mr. Mansi, are denied. The other allegations in this Paragraph are denied for lack of information.

57) The allegation in Paragraph 57, to the extent it pertains to Mr. Mansi, are denied. Otherwise denied for lack of information.

58) The allegations in Paragraph 58, to the extent they pertain to Mr. Mansi, are denied. Otherwise denied for lack of information.

59) Denied for lack of information.

60) The allegation in Paragraph 60, to the extent it pertains to Mr. Mansi, are denied. Otherwise denied for lack of information.

61) The allegation in Paragraph 61, to the extent it pertains to Mr. Mansi, are denied. Otherwise denied for lack of information.

62) Upon information and belief, all named Defendants in this case have ceased the allegedly unlawful conduct described in the Complaint and have no intention of resuming said conduct at any time in the future.

## PRAYER FOR RELIEF

WHEREFORE Defendant Haitham Mansi prays for:

A trial by jury on all issues so triable;

That all of the relief sought by Plaintiff, as against Haitham Mansi, be denied;

An award of attorney's fees and legal costs incurred by Defendant Haitham Mansi in defending this action; and

Such other and further relief as this Court deems just and proper.

Respectfully submitted this 13th day of August, 2021.

*/s Thomas McDermott*
Thomas McDermott, Esq.
Florida Bar Number: 0108906
901 NW 8th Avenue, Suite A-6
Gainesville FL 32601
E-mail: *mcdermott.lawyer@gmail.com*
*Attorney for Defendants ALFA TV Inc., Hisham Manse Ibrahem, Nezar Saeed Hammo, and Haitham Mansi*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2021, I filed a copy of the foregoing Motion with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to the attorneys/parties listed below.

/s/ Thomas McDermott

| | |
|---|---|
| James A. Boatman, Jr. (Trial Counsel) | Stephen M. Ferguson |
| Florida Bar No. 0130184 | HAGAN NOLL & BOYLE LLC |
| BOATMAN RICCI, PA | Two Memorial City Plaza 820 Gessner, |
| 3021 Airport-Pulling Road North, Suite 202 | Suite 940 |
| Naples, Florida 34105 | Houston, Texas 77024 |
| Telephone: (239) 330-1494 | Telephone: (713) 343-0478 |
| Email: *jab@boatmanricci.com* | Email: *stephen.ferguson@hnbllc.com* |