**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DISH NETWORK L.L.C.,                              Case No. 6:20-cv-1896-PGB-DCI

    Plaintiff,

v.

ALFA TV, INC., HAITHAM
MANSI, HISHAM MANSE
IBRAHEM, NEZAR SAEED
HAMMO and MOHAMMED
ABU OUN,

    Defendants.
_____/

**MEDIATION REPORT**

The parties held a mediation conference on January 13, 2022, and the results of that conference are indicated below.

**1.   Attendance**

The following participants attended the mediation conference:

    ☒    lead counsel

    ☒    the parties or a party's surrogate satisfactory to the mediator

    ☐    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

1

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

X The parties have reached an impasse.

**Done this** 13th day of January, 2022.

*/s/ Douglas C. Spears*
DOUGLAS C. SPEARS
Florida Bar No. 373801
Email: dspears@swannhadley.com
       vslack@swannhadley.com
SWANN, HADLEY, STUMP,
  DIETRICH & SPEARS, P.A.
200 East New England Avenue, Suite 300
Winter Park, Florida 32789
Telephone:  (407) 647-2777

Copies furnished to:

Counsel/Parties of Record