**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DISH NETWORK L.L.C.,**

        **Plaintiff,**

**v.**                                  **Case No: 6:20-cv-1896-PGB-DCI**

**ALFA TV, INC., HAITHAM**
**MANSI, HISHAM MANSE**
**IBRAHEM, NEZAR SAEED**
**HAMMO and MOHAMMED**
**ABU OUN,**

        **Defendants.**

_____/

## <u>ORDER</u>

      This cause comes before the Court on the Stipulated Motion for Entry of Final Judgment and Permanent Injunction (Doc. 74 (the "**Stipulated Motion**")) filed jointly by Plaintiff DISH Network L.L.C ("**DISH**") and Defendants Alfa TV Inc., Haitham Mansi, and Hisham Manse Ibrahem (collectively "**Defendants**").[1] Having considered the aforementioned Stipulated Motion, and good cause appearing, it is hereby **ORDERED**, **DECREED**, and **ADJUDGED** that:

      1.    The Clerk is **DIRECTED** to enter Judgment for DISH and against Defendants Alfa TV Inc, Haitham Mansi, and Hisham Manse Ibrahem on Count I of the Complaint (Doc. 1), which alleges Defendants induced and materially

---

[1]   This Stipulation has no effect on DISH's claims against co-defendants Nezar Saeed Hammo and Mohammed Abu Oun.

contributed to copyright infringement in violation of the Copyright Act and 17 U.S.C. § 501.

2.     DISH is awarded damages of $16,050,000 against Defendants pursuant to 17 U.S.C. § 504(c), which consists of $150,000 for each of DISH's 107 registered, copyrighted works that Defendants willfully and maliciously infringed. Defendants shall be jointly and severally liable to DISH for the damages award.

3.     For purposes of this Order, "Protected Channels" means Aaj Tak; Al Hayah 1 (a/k/a Al Hayat 1); Al Jazeera Arabic News; ART Cima; ATN Bangla; ATN News; B4U Music; CBC; CBC Drama; Dunya TV; Express Entertainment; Express News; Future TV; Geo News; Geo TV; Hekayat; Hum Masala; Hum Sitaray; Hum TV; Hum World; LBC; LBCI (a/k/a LDC); MBC1; MBC Drama; MBC Kids (a/k/a MBC3); MBC Masr; Melody Classic; NTV Bangla; SAB; SET Max; Sony SET; Zee Aflam; and Zee Alwan.

4.     Defendants and any of their affiliates, officers, agents, servants, employees, or other persons acting in active concert or participation with any of the foregoing that receives actual notice of this order, are hereby permanently enjoined from:

   a.     reproducing, copying, transmitting, streaming, distributing, or publicly performing in the United States, by means of any device or process, any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

b.      distributing, providing, selling, or promoting any product, or service, including ATN set-top boxes, apps, service subscriptions, and any other set-top boxes and television subscription services, that reproduce, copy, transmit, stream, distribute, or publicly perform any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels in the United States; and

c.      otherwise infringing DISH's rights in any of the Protected Channels, either directly, contributorily, vicariously, or in any other manner.

5.      This Permanent Injunction takes effect immediately.

6.      Each party is to bear its own attorneys' fees and costs.

7.      The Court retains jurisdiction over this action for the purpose of DISH's claims against co-defendants Nezar Saeed Hammo and Mohammed Abu Oun and enforcing this Order.

**DONE AND ORDERED** in Orlando, Florida on January 11, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties