## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | Case No: 6:20-cv-1896-PGB-DCI |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ALFA TV INC., HAITHAM MANSI a/k/a Haitham al-Heti, HISHAM MANSE IBRAHEM, NEZAR SAEED HAMMO, and MOHAMMED ABU OUN a/k/a Mohammad Abuoun, individually and together d/b/a ElafnetTV, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF JUDGMENT IN ADVERSARY PROCEEDING

Plaintiff DISH Network L.L.C. respectfully files this notice advising the Court that a Final Judgment and Permanent Injunction has been entered against Defendant Nezar Saeed Hammo in Adversary No. 6:21-ap-00123-GER, United States Bankruptcy Court for the Middle District of Florida.  A copy of the Bankruptcy Court's Final Judgment and Permanent Injunction is attached hereto as Exhibit 1.

Dated:  January 26, 2023

Respectfully submitted,

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146
Email:  stephen.ferguson@hnbllc.com

James A. Boatman, Jr. (Trial Counsel)
Florida Bar No. 0130184
BOATMAN RICCI, PA
3021 Airport-Pulling Road North, Suite 202

Naples, Florida 34105
Telephone: (239) 330-1494
Email: jab@boatmanricci.com

Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed this Notice of

Judgment in Adversary Proceeding, with the Clerk of the Court using the CM/ECF

System, which will send notifications of such filing to the following:

Thomas McDermott
Law Office of Thomas McDermott
901 NW 8th Avenue, Ste. A-6
Gainesville, FL 32601
Telephone: 352-451-4980
Email: mcdermott.lawyer@gmail.com
*Attorney for Defendants Alfa TV Inc., Hisham Manse Ibrahem, Haitham Mansi, and Nezar Saeed Hammo*

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Email: stephen.ferguson@hnbllc.com